NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

HULON PONDER, III,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　Appellant,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　　　)　　　Case No. 2D18-52
　　　　　　　　　　　　　　　　　　　　　)
STATE OF FLORIDA,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　Appellee.　　　　　　　　　　)
_____)

Opinion filed May 23, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pinellas County; Michael F.
Andrews, Judge.

PER CURIAM.

　　　　Affirmed.  See Hatten v. State, 203 So. 3d 142 (Fla. 2016); Betancourt v.

State, 804 So. 2d 313 (Fla. 2001); Kirkland v. State, 684 So. 2d 732 (Fla. 1996); State

v. Whitehead, 472 So. 2d 730 (Fla. 1985); Robinson v. State, 37 So. 3d 921 (Fla. 2d

DCA 2010); Burttram v. State, 846 So. 2d 1201 (Fla. 2d DCA 2003); Olsen v. State, 751

So. 2d 108 (Fla. 2d DCA 2000); State v. Richards, 639 So. 2d 680 (Fla. 2d DCA 1994);

Chavers v. State, 115 So. 3d 1017 (Fla. 1st DCA 2013).

BLACK, SALARIO, and ROTHSTEIN-YOUAKIM, JJ., Concur.